SCWC-17-0000722

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

ALBERT BIRMINGHAM,
Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAIʻI,
Respondent/Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000722; S.P.P. NO. 15-1-0001; CR. NO. 1PC101000166)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Petitioner-Appellant Albert Birmingham's application for writ of certiorari filed on September 6, 2019, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, October 22, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

